**Order entered September 28, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00538-CR

### ZACHARY DANIEL GAGE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-70776-T**

## ORDER

The Court **GRANTS** appellant's September 23, 2015 motion to extend time to file his

brief.  We **ORDER** appellant's brief filed as of the date of this order.


/s/      LANA MYERS
JUSTICE